UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| James Hunter<br><br>v.<br><br>Alexis King, et al. | Case No. 24-1210 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

_____James Hunter_____
[Party or Parties][1]

_____

_____Appellant_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]


_Elizabeth Wang_____     _____
Name of Counsel                                              Name of Counsel

s/ Elizabeth Wang_____     _____
Signature of Counsel                                         Signature of Counsel

The Exoneration Project, 2060 Broadway, Ste. 460,
Boulder, CO 80302, 720-328-5642_           _____
Mailing Address and Telephone Number        Mailing Address and Telephone Number

elizabeth@exonerationproject.org
elizabethw@loevy.com_____            _____
E-mail Address                                               E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐     The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

X     There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

5/9/25
Date

s/ Elizabeth Wang
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

  <u>X</u>  All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

  ☐  On _____ I sent a copy of this Entry of Appearance Form to:
        [date]

_____

at_____,

the last known address/email address, by _____.
                 [state method of service]


<u> 5/9/25         </u>
Date

<u> s/ Elizabeth Wang    </u>
Signature