IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

NO. 24-1210

JAMES HUNTER

    Plaintiff-Appellant,

v.

ALEXIS KING, *et al.*

    Defendants-Appellees.

---

### MOTION TO WITHDRAW AS COUNSEL

---

Kenneth Mark Burton, of the Law Office of Mark Burton, P.C., hereby asks the Court to allow him to withdraw from this case. Mr. Hunter has retained other counsel, Ms. Elizabeth Wang entered her appearance for the Plaintiff on May 9, 2025. It is the desire of Mr. Hunter to be heretofore represented by Ms. Wang and undersigned counsel moves to withdraw as counsel. Notice of this motion has been sent to the Plaintiff as shown on the certificate of service.

Respectfully submitted this 16th, day of May 2025.

s/ Kenneth Mark Burton

_____

Kenneth Mark Burton
ATTORNEY AT LAW
The Law Office of Mark Burton, PC
1175 Osage Street, Suite 210
Denver, CO 80204
Phone 303.517.1187
Fax 303.379.3922
burtonslaw2000@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16[h] day of May 2025, I served a true and correct copy of the foregoing: **MOTION TO WITHDRAW AS COUNSEL** with the Clerk of the Court by CM/ECF system and to all attorneys of record, and by first class mail to:

Mr. James Hunter
C.T.C.F.
PO BOX 1010
Canon City, CO. 81215-1010

/s Kenneth Mark Burton
**Kenneth Mark Burton**