UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

May 23, 2025

Steven W. Boatright
Scott Neckers
Sarah Anne Thomas
Overturf McGath & Hull
625 East 16th Avenue, Suite 100
Denver, CO 80203

Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Kelley Marie Dziedzic
Joshua G. Urquhart
Colorado Department of Law
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203

Patrick Theodore Freeman
Robert Charles Huss
John Allen VanLandschoot
Lakewood City Attorney's Office
480 South Allison Parkway
Lakewood, CO 80226

Rebecca Klymkowsky
Jefferson County Attorney's Office
100 Jefferson County Parkway, Suite 5500
Golden, CO 80419-5500

Ms. Elizabeth Wang
Loevy & Loevy
2060 Broadway, Suite 460
Boulder, CO 80302

Cole Jacob Woodward
Galvanize Law Group
390 Union Blvd, Suite 200
Lakewood, CO 80228

**RE:** **24-1210, Hunter v. King, et al**
         Dist/Ag docket: 1:23-CV-02989-DDD-MEH

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

                              Sincerely,

                              Christopher M. Wolpert
                              Clerk of Court

CMW/sds